**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS EDWARD DIXON,** | ) | |
| **# 163 115,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:08-cv-323-WKW** |
| | ) | |
| **LEON FORNISS, WARDEN,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

This case is before the court on Petitioner's Objection (Doc. # 5) to the Recommendation of the Magistrate Judge (Doc. # 4). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and petitioner's objection, it is ORDERED that:

1.     The Objection (Doc. # 5) to the Recommendation of the Magistrate Judge is OVERRULED;

2.     The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

3.     The Petition for Writ of Habeas Corpus (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 19th day of June, 2008.

    /s/   W.  Keith Watkins    
UNITED STATES DISTRICT JUDGE